TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00468-CV

Texas Department of Insurance and Jose Montemayor, Commissioner

of Insurance, Appellants

v.

Fortis Benefits Insurance Company, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. GN001361, HONORABLE ERNEST C. GARCIA, JUDGE PRESIDING

 Appellants Texas Department of Insurance and Jose Montemayor, Commissioner of
Insurance, and appellee Fortis Benefits Insurance Company have filed an agreed motion in this Court
informing us that they have reached a full and final settlement of all issues raised by this appeal. 
They have requested that we vacate our judgment rendered on March 29, 2001, withdraw our opinion
of the same day, and remand the cause to the trial court for entry of judgment in accordance with the
settlement agreement of the parties. We grant the parties' joint motion, vacate our judgment of
March 29, 2001, and withdraw our opinion of the same day.

 Additionally, appellants have filed a motion for rehearing or for en banc
reconsideration. In light of the above, that motion is now moot. Therefore, we dismiss the
appellants' motion for rehearing or en banc reconsideration.

 The cause is remanded to the district court for entry of judgment in accordance with
the settlement agreement of the parties. See Tex. R. App. P. 42.1(a)(1) and (c). 

 

 Lee Yeakel, Justice

Before Justices Kidd, B. A. Smith and Yeakel 

Judgment Vacated, Opinion Withdrawn, and Cause Remanded on Joint Motion

Filed: June 7, 2001

Do Not Publish